Certificate Number: 14912-MD-DE-030213396

Bankruptcy Case Number: 17-23730



14912-MD-DE-030213396

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 24, 2017, at 10:40 o'clock AM EST, Mark Achuff completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Maryland.

Date: November 24, 2017

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor

Certificate Number: 14912-MD-DE-030213397

Bankruptcy Case Number: 17-23730



14912-MD-DE-030213397

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 24, 2017</u>, at <u>10:40</u> o'clock <u>AM EST</u>, <u>Tammy Achuff</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Maryland</u>.

Date:   <u>November 24, 2017</u>            By:   <u>/s/Jai Bhatt</u>

                                          Name:  <u>Jai Bhatt</u>

                                          Title:  <u>Counselor</u>